United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br>Plaintiff,<br>v.<br>MOISES BECERRA,<br>Defendant. | Case No. 23-cv-04767-PCP<br><br>**ORDER TRANSFERRING CASE** |

Pursuant to the Ninth Circuit's order and mandate (Dkt. Nos. 129 and 134) and the parties' agreement (Dkt. No. 136), and in the interest of justice, the Court orders that this case be transferred to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: July 27, 2026

P. Casey Pitts
United States District Judge